UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(6) (NEB/JFD)

United States of America,

          Plaintiff,

v.                                     **ORDER FOR APPOINTMENT OF COUNSEL**

Tyreese Giles,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Bruce Rivers, Attorney ID 282698, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 2, 2023

*s/ John F. Docherty*
Honorable John F. Docherty
United States Magistrate Judge