# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
## PRETRIAL CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYREESE GILES (6),<br>JOSIAH TAYLOR (7),<br>TREVAUN ROBINSON (10),<br>WILLIAM BANKS (19),<br>GREGORY BROWN (26)<br><br>Defendants. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 23-cr-160 (NEB/JFD)<br>Date: May 6, 2025<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 3:30 p.m.<br>Time in Court: 1 hour and 30 minutes |

**APPEARANCES:**
  Plaintiff:    Thomas Calhoun-Lopez, Carla Baumel, Brian Lynch, and Alyssa Levey-Weinstein
                Assistant U.S. Attorneys
  Defendants:   Bruce Rivers for Tyreese Giles (6), CJA Appointed Attorney
                Peter Wold for Josiah Taylor (7),, CJA Appointed Attorney
                Paul Engh for Trevaun Robinson (10), CJA Appointed Attorney
                Catherine Turner for William Banks (19), CJA Appointed Attorney
                Daniel Adkins for Gregory Brown (26), Retained Attorney

**PRETRIAL CONFERENCE:**
  X    Motions in limine were moved, argued and taken under advisement. Preliminary rulings stated on the record. Order to follow.
  X    Review of security and trial protocol reviewed on the record.
  X    Defendants are remanded to the custody of the USM.

Date: May 6, 2025                                           s/KW
                                                            Signature of Courtroom Deputy
                                                            to Judge Nancy E. Brasel